LOCAL BANKRUPTCY FORM 2016-2(c)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Brian S. Weimer

: CHAPTER 13
:
: CASE NO. 1 - 16 -bk- 00826-MDF
:
:

Debtor(s) :

## REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), being paid through a Chapter 13 plan and reimbursement of expenses. Complete **Part B** for payment of compensation and reimbursement of expenses awarded by separate Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| A. Presumptively reasonable fees under L.B.R. 2016-2(c) | |
|---|---|
| 1. Amount agreed to by debtor | $ 5,000.00 |
| 2. Less amount paid to attorney prior to filing petition | $ 0.00 |
| 3. Balance of compensation to be paid through plan distributions | $ 5,000.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) | $ |

| B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
|---|---|
| 1. Retainer received | $ |
| 2. Compensation earned prepetition and paid to attorney prior to filing petition | $ |
| 3. Expenses reimbursed prepetition | $ |
| 4. Balance in retainer after deduction of prepetition compensation and expenses | $ 0.00 |
| 5. Compensation and expenses to be approved by the Court and to be paid through plan distributions, less balance in client trust account | $ |

| C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. § 503(b)(2) in the following amount based on the information above: | $ 5,000.00 |
|---|---|

Dated: 9/14/2016        /s/ Keith B. DeArmond
                        Attorney for Debtor

Case 1:16-bk-00826-MDF    Doc 40    Filed 09/14/16    Entered 09/14/16 12:42:40    Desc
Main Document    Page 1 of 1