# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    BRIAN S. WEIMER

               Debtor(s)                CHAPTER 13

   CHARLES J. DEHART, III
   CHAPTER 13 TRUSTEE
          Movant

   vs.

   BRIAN S. WEIMER                    CASE NO: 1-16-00826-MDF

        Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS

AND NOW, on December 9, 2016, comes Charles J. DeHart, III,  Standing Chapter 13 Trustee, and requests that the Motion to Dismiss for

- FAILURE TO PRESENT A CONFIRMABLE PLAN

filed on or about November 18, 2016  be withdrawn.  The default has been cured.

        Respectfully Submitted,
         /s/ Charles J. DeHart, III
        Charles J. DeHart, III, Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA  17036
        Phone:  (717) 566-6097

Dated: December 9, 2016

IN RE:   BRIAN S. WEIMER

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

BRIAN S. WEIMER

CASE NO: 1-16-00826-MDF

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Attorney for the Debtor  has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on December 9, 2016.

I hereby certify that if Debtor is not represented by counsel, Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the address below on December 9, 2016.

BRIAN S. WEIMER
304 LOPAX RD
HARRISBURG, PA  17112-4301

KEITH B. DeARMOND, ESQUIRE
DeARMOND LAW FIRM
18 SOUTH GEORGE STREET, STE 610
YORK, PA  17401-

Respectfully Submitted,
/s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone: (717) 566-6097

Dated:  December 9, 2016