```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                   Case No. 16-00826-MDF
Brian S. Weimer                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1        User: LyndseyPr        Page 1 of 1        Date Rcvd: Jan 26, 2017
                            Form ID: orcnfpln      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
db          Brian S. Weimer,   304 Lopax Rd,   Harrisburg, PA  17112-4301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dana S Plon   on behalf of Creditor   Brixmor Residual Dillsburg SC LLC dplon@sirlinlaw.com
          Gary J Imblum   on behalf of Creditor James A Tomkins gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          Joshua I Goldman   on behalf of Creditor   JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Keith B DeArmond   on behalf of Debtor Brian S. Weimer general.dearmondlaw@gmail.com,
           G10924@notify.cincompass.com
          Thomas I Puleo   on behalf of Creditor   JPMorgan Chase Bank, National Association
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          Tracy Lynn Updike   on behalf of Creditor   Centric Bank tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                              TOTAL: 8

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Brian S. Weimer | Chapter | 13 |
| Debtor(s) | Case No. | 1:16−bk−00826−MDF |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on November 18, 2016. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: January 26, 2017

By the Court,

*Mary D. France*

Honorable Mary D. France
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk