In re:  
Brian S. Weimer  
    Debtor

Case No. 16-00826-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: LyndseyPr     Page 1 of 2     Date Rcvd: Jun 21, 2017  
                       Form ID: ntpasnh     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2017.

```
db              Brian S. Weimer,    304 Lopax Rd,    Harrisburg, PA 17112-4301
4783627        ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982235,    EL Paso, TX  79998-2235)
4757658         Brixmor Residential Dillsburg SC LLC,    c/o Sirlin, Lesser & Benson, P.C.,
                  123 S Broad St Ste 2100,    Philadelphia, PA 19109-1042
4760378        +Brixmor Residual Dillsburg SC LLC,    c/o Dana S. Plon, Esquire,    Sirlin Lesser & Benson, P.C.,
                  123 South Broad Street, Suite 2100,    Philadelphia, PA 19109-1042
4783629         Brixmor Residual Dillsburg Sc, LLC,    Po Box 645349,    Cincinnati, OH  45264-5348
4783630         Brixmore Residual Dillsburg SC, LLC,    PO Box 645349,    Cincinnati, OH  45264-5349
4783631         Capital Fitness, Inc.,    305 Lopax Rd,    Harrisburg, PA  17112-4302
4781678         Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4783632        +Capital One Bank Usa,    Po Box 30285,    Salt Lake City, UT 84130-0285
4783633         Capital One Bank Usa,    Po Box 30281,    Salt Lake City, UT  84130-0281
4783634        +Card Member Service,    Po Box 790408,    St Louis, MO 63179-0408
4783636         Chase Bank Usa,    PO Box 15298 Chase/Bank One Card Service,    Wilmington, DE  19850-5298
4783637         Chase Card Service,    Po Box 15153,    Wilmington, DE  19886-5153
4783638        +Chase Corporation,    10790 Rancho Bernaro,    San Diego, CA 92127-5705
4783640         Chase Mtg,    PO Box 24696 Chase Corporation,    Columbus, OH  43224-0696
4783639         Chase Mtg,    Po Box 78420,    Phoenix, AZ  85062-8420
4783641        +Chase/Card Member Service,    Po Box 15153,    Wilmington, DE 19886-5153
4783642        +Dauphin Co Drs,    112 Market St Fl 3,    Harrisburg, PA 17101-2015
4757657         DeArmond & Associates of York LLC,    18 S George St Ste 610,    York, PA  17401-1450
4783643        +Donald E Donmoyer,    1748 Haralson Dr,    Mechanicsburg, PA 17055-7103
4783644         Emp Of New London City LLC,    Po Box 14000,    Belfast, ME  04915-4033
4807969        +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                  Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4783645        +James A Tomkins,    124 Millwood Drive,    Harrisburg, PA 17110-9432
4783647        +Lending Club Corporation,    21 Stevenson Suite 300,    San Francisco, CA 94105-2706
4783648        +Member 1st Federal Credit Union,    PO Box 2104,    Mechanicsburg, PA 17055-2104
4783649        +Met Ed,    PO Box 3687,    Akron, OH 44309-3687
4757656         Weimer Brian S,    304 Lopax Rd,    Harrisburg, PA  17112-4301
4783650         William E Murray,    5317 Earl Dr,    Harrisburg, PA  17112-2444
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4783628        +E-mail/Text: banko@berkscredit.com Jun 21 2017 19:02:47     Berks Credit & Collections,
                  900 Corporate Dr,    Reading, PA 19605-3340
4783635        +E-mail/Text: mmoore@centricbank.com Jun 21 2017 19:02:48     Centric Bank,
                  4320 Linglestown Road,    Harrisburg, PA 17112-9532
4783646         E-mail/Text: bk@lendingclub.com Jun 21 2017 19:03:04     Lending Club Corporation,
                  71 Stevenson St Ste 300,    San Francisco, CA  94105-2985
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*            +Brixmor Residual Dillsburg SC LLC,    c/o Dana S. Plon, Esquire,    Sirlin Lesser & Benson, P.C.,
                  123 South Broad Street, Suite 2100,    Philadelphia, PA 19109-1042
cr*            +Centric Bank,    4320 Linglestown Road,    Harrisburg, PA 17112-9532
cr*            +James A Tomkins,    124 MIllwood Drive,    Harrisburg, PA 17110-9432
4783626*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX  79998-2238)
4783625*        DeArmond & Associates of York LLC,    18 S George St Ste 610,    York, PA  17401-1450
4790019*       +James A. Tomkins,    124 Millwood Drive,    Harrisburg, PA 17110-9432
4783624*        Weimer Brian S,    304 Lopax Rd,    Harrisburg, PA  17112-4301
                                                                              TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2017                             Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Dana S Plon    on behalf of Creditor   Brixmor Residual Dillsburg SC LLC dplon@sirlinlaw.com
          Gary J Imblum    on behalf of Creditor James A Tomkins gary.imblum@imblumlaw.com,
           gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
           ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          Joshua I Goldman    on behalf of Creditor   JPMorgan Chase Bank, National Association
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          Keith B DeArmond    on behalf of Debtor Brian S. Weimer general.dearmondlaw@gmail.com,
           G10924@notify.cincompass.com
          Thomas I Puleo    on behalf of Creditor   JPMorgan Chase Bank, National Association
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          Tracy Lynn Updike    on behalf of Creditor   Centric Bank tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

ntpasnh(10/11)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Brian S. Weimer
**Debtor(s)**

Chapter: 13

Case number: 1:16−bk−00826−RNO

Document Number: 49

Matter: Motion for Mortgage Modification

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **July 12, 2017**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 21, 2017 |