```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                    Case No. 16-00826-RNO
Brian S. Weimer                                                           Chapter 13
         Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: LyndseyPr            Page 1 of 1          Date Rcvd: Jul 18, 2017
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2017.
db             Brian S. Weimer,    304 Lopax Rd,    Harrisburg, PA  17112-4301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dana S Plon    on behalf of Creditor    Brixmor Residual Dillsburg SC LLC dplon@sirlinlaw.com
              Gary J Imblum    on behalf of Creditor James A Tomkins gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor Brian S. Weimer general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Creditor    Centric Bank tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| BRIAN S. WEIMER, | : | CASE NO: 1-16-bk-00826-RNO |
| | : | |
| Debtor | : | |

**ORDER**

Upon consideration of the foregoing Motion for Approval of Mortgage Modification with Centric Bank for the real property at 123 Big Run Road a/k/a 123 Sugar Camp Road, Beech Creek, Centre County, PA 16822, it is hereby ordered that the Motion is GRANTED.

By the Court,

*Robert N. Opel, II*

Dated: July 18, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)