Certificate Number: 05781-PAM-DE-029618708

Bankruptcy Case Number: 16-00826



05781-PAM-DE-029618708

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 22, 2017</u>, at <u>5:07</u> o'clock <u>PM PDT</u>, <u>Brian Weimer</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>July 22, 2017</u>

By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>