```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 16-00826-RNO
Brian S. Weimer                                                 Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-1         User: LyndseyPr              Page 1 of 1              Date Rcvd: Apr 11, 2018
                             Form ID: pdf010              Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
db              Brian S. Weimer,    304 Lopax Rd,    Harrisburg, PA 17112-4301
cr             +James A Tomkins,    124 MIllwood Drive,    Harrisburg, PA 17110-9432
4783627       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982235,    EL Paso, TX  79998-2235)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dana S Plon    on behalf of Creditor    Brixmor Residual Dillsburg SC LLC dplon@sirlinlaw.com
              Gary J Imblum    on behalf of Creditor James A Tomkins gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 1 Brian S. Weimer general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Thomas I Puleo    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Creditor    Centric Bank tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| BRIAN S. WEIMER | Chapter: | 13 |
| Debtor(s) | Case No.: | 1-16-bk-00826 RNO |
| JAMES A. TOMKINS | | |
| Movant(s) | Document No.: | 63 |
| vs. | | |
| BRIAN S. WEIMER | Nature of Proceeding: | Motion to Modify Chapter 13 Plan |
| Respondent(s) | | |

## ORDER

After due consideration of the Debtor's Motion to Modify Chapter 13 Plan Post-Confirmation filed to Docket No. 63, and the Objection of James A. Tomkins thereto filed to Docket No. 78, after hearing held on April 11, 2018, it is

ORDERED that the letter brief of James A. Tomkins shall be due within twenty-one (21) days of the date of this Order; and,

FURTHER ORDERED that the letter brief of Debtor, Brian S. Weimer, shall be due within fourteen (14) days of the date of service of the letter brief of James A. Tomkins; and,

FURTHER ORDERED that the confirmation hearing is continued to **June 6, 2018**, at **10:00 a.m.**, in Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

April 11, 2018

Order – Blank with Parties - Revised 9/17

Case 1:16-bk-00826-RNO    Doc 81    Filed 04/13/18    Entered 04/14/18 00:44:26    Desc
Imaged Certificate of Notice    Page 2 of 2