In re:                                                                          Case No. 16-00826-HWV

Brian S. Weimer                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                                    Page 1 of 3

Date Rcvd: May 24, 2021                   Form ID: 3180W                              Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Brian S. Weimer, 304 Lopax Rd, Harrisburg, PA 17112-4301 |
| 4757658 | | Brixmor Residential Dillsburg SC LLC, c/o Sirlin, Lesser & Benson, P.C., 123 S Broad St Ste 2100, Philadelphia, PA 19109-1042 |
| 4760378 | + | Brixmor Residual Dillsburg SC LLC, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| 4783629 | | Brixmor Residual Dillsburg Sc, LLC, Po Box 645349, Cincinnati, OH 45264-5348 |
| 4783630 | | Brixmore Residual Dillsburg SC, LLC, PO Box 645349, Cincinnati, OH 45264-5349 |
| 4783631 | | Capital Fitness, Inc., 305 Lopax Rd, Harrisburg, PA 17112-4302 |
| 4783635 | + | Centric Bank, 4320 Linglestown Road, Harrisburg, PA 17112-9532 |
| 4783638 | + | Chase Corporation, 10790 Rancho Bernaro, San Diego, CA 92127-5705 |
| 4783642 | + | Dauphin Co Drs, 112 Market St Fl 3, Harrisburg, PA 17101-2015 |
| 4783643 | + | Donald E Donmoyer, 1748 Haralson Dr, Mechanicsburg, PA 17055-7103 |
| 4783644 | | Emp Of New London City LLC, Po Box 14000, Belfast, ME 04915-4033 |
| 4783645 | + | James A Tomkins, 124 Millwood Drive, Harrisburg, PA 17110-9432 |
| 4783648 | + | Member 1st Federal Credit Union, PO Box 2104, Mechanicsburg, PA 17055-2104 |
| 4783649 | + | Met Ed, PO Box 3687, Akron, OH 44309-3687 |
| 4757656 | | Weimer Brian S, 304 Lopax Rd, Harrisburg, PA 17112-4301 |
| 4783650 | | William E Murray, 5317 Earl Dr, Harrisburg, PA 17112-2444 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4783627 | | EDI: BANKAMER.COM | | |
| | | | May 24 2021 22:53:00 | Bank Of America, Po Box 982235, EL Paso, TX 79998-2235 |
| 4783626 | | EDI: BANKAMER.COM | | |
| | | | May 24 2021 22:53:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 4783628 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | | |
| | | | May 24 2021 18:53:00 | Berks Credit & Collections, 900 Corporate Dr, Reading, PA 19605-3340 |
| 4781678 | | EDI: CAPITALONE.COM | | |
| | | | May 24 2021 22:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4783633 | | EDI: CAPITALONE.COM | | |
| | | | May 24 2021 22:53:00 | Capital One Bank Usa, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 4783632 | + | EDI: CAPITALONE.COM | | |
| | | | May 24 2021 22:53:00 | Capital One Bank Usa, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4783634 | + | EDI: USBANKARS.COM | | |
| | | | May 24 2021 22:53:00 | Card Member Service, Po Box 790408, St Louis, MO 63179-0408 |
| 4783636 | | EDI: JPMORGANCHASE | | |
| | | | May 24 2021 22:53:00 | Chase Bank Usa, PO Box 15298 Chase/Bank One Card Service, Wilmington, DE 19850-5298 |

| 4783637 | EDI: JPMORGANCHASE | | |
|---|---|---|---|
| | | May 24 2021 22:53:00 | Chase Card Service, Po Box 15153, Wilmington, DE 19886-5153 |
| 4783640 | EDI: JPMORGANCHASE | | |
| | | May 24 2021 22:53:00 | Chase Mtg, PO Box 24696 Chase Corporation, Columbus, OH 43224-0696 |
| 4783639 | EDI: JPMORGANCHASE | | |
| | | May 24 2021 22:53:00 | Chase Mtg, Po Box 78420, Phoenix, AZ 85062-8420 |
| 4783641 | EDI: JPMORGANCHASE | | |
| | | May 24 2021 22:53:00 | Chase/Card Member Service, Po Box 15153, Wilmington, DE 19886 |
| 5260676 | EDI: JPMORGANCHASE | | |
| | | May 24 2021 22:53:00 | JPMorgan Chase Bank, National Association, 3415 Vision Drive, Columbus, OH 43219 |
| 4807969 | EDI: JPMORGANCHASE | | |
| | | May 24 2021 22:53:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 4783647 | + EDI: LENDNGCLUB | | |
| | | May 24 2021 22:53:00 | Lending Club Corporation, 21 Stevenson Suite 300, San Francisco, CA 94105-2706 |
| 4783646 | Email/Text: bk@lendingclub.com | | |
| | | May 24 2021 18:53:00 | Lending Club Corporation, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Brixmor Residual Dillsburg SC LLC, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | *+ | Centric Bank, 4320 Linglestown Road, Harrisburg, PA 17112-9532 |
| cr | *+ | James A Tomkins, 124 MIllwood Drive, Harrisburg, PA 17110-9432 |
| 4999942 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998-2235 |
| 4999941 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 4999943 | *+ | Berks Credit & Collections, 900 Corporate Dr, Reading, PA 19605-3340 |
| 4999944 | * | Brixmor Residual Dillsburg Sc, LLC, Po Box 645349, Cincinnati, OH 45264-5348 |
| 4999945 | * | Brixmore Residual Dillsburg SC, LLC, PO Box 645349, Cincinnati, OH 45264-5349 |
| 4999946 | * | Capital Fitness, Inc., 305 Lopax Rd, Harrisburg, PA 17112-4302 |
| 4999948 | * | Capital One Bank Usa, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 4999947 | *+ | Capital One Bank Usa, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4999949 | *+ | Card Member Service, Po Box 790408, St Louis, MO 63179-0408 |
| 4999950 | *+ | Centric Bank, 4320 Linglestown Road, Harrisburg, PA 17112-9532 |
| 4999953 | *+ | Chase Corporation, 10790 Rancho Bernaro, San Diego, CA 92127-5705 |
| 4999957 | *+ | Dauphin Co Drs, 112 Market St Fl 3, Harrisburg, PA 17101-2015 |
| 4783625 | *+ | DeArmond & Associates of York LLC, 18 S George St Ste 610, York, PA 17401-1173 |
| 4999940 | *+ | DeArmond & Associates of York LLC, 18 S George St Ste 610, York, PA 17401-1173 |
| 4999958 | *+ | Donald E Donmoyer, 1748 Haralson Dr, Mechanicsburg, PA 17055-7103 |
| 4999959 | * | Emp Of New London City LLC, Po Box 14000, Belfast, ME 04915-4033 |
| 4999951 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank Usa, Po Box 15298 Chase/Bank One Card Service, Wilmington, DE 19850-5298 |
| 4999952 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Service, Po Box 15153, Wilmington, DE 19886-5153 |
| 4999955 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mtg, PO Box 24696 Chase Corporation, Columbus, OH 43224-0696 |
| 4999954 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mtg, Po Box 78420, Phoenix, AZ 85062-8420 |
| 4999956 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase/Card Member Service, Po Box 15153, Wilmington, DE 19886 |
| 4999960 | *+ | James A Tomkins, 124 Millwood Drive, Harrisburg, PA 17110-9432 |
| 4790019 | *+ | James A. Tomkins, 124 Millwood Drive, Harrisburg, PA 17110-9432 |
| 4999962 | *+ | Lending Club Corporation, 21 Stevenson Suite 300, San Francisco, CA 94105-2706 |

| 4999961 | * | Lending Club Corporation, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 4999963 | *+ | Member 1st Federal Credit Union, PO Box 2104, Mechanicsburg, PA 17055-2104 |
| 4999964 | *+ | Met Ed, PO Box 3687, Akron, OH 44309-3687 |
| 4783624 | * | Weimer Brian S, 304 Lopax Rd, Harrisburg, PA 17112-4301 |
| 4999939 | * | Weimer Brian S, 304 Lopax Rd, Harrisburg, PA 17112-4301 |
| 4999965 | * | William E Murray, 5317 Earl Dr, Harrisburg, PA 17112-2444 |
| 4757657 | ##+ | DeArmond & Associates of York LLC, 18 S George St Ste 610, York, PA 17401-1173 |

TOTAL: 0 Undeliverable, 33 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Dana S Plon | on behalf of Creditor Brixmor Residual Dillsburg SC LLC dplon@sirlinlaw.com |
| Gary J Imblum | on behalf of Creditor James A Tomkins gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Joshua I Goldman | on behalf of Creditor JPMorgan Chase Bank  National Association josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Keith B DeArmond | on behalf of Debtor 1 Brian S. Weimer general.dearmondlaw@gmail.com  G10924@notify.cincompass.com |
| Kevin S Frankel | on behalf of Creditor JPMorgan Chase Bank  National Association pa-bk@logs.com |
| Steven J. Schiffman | on behalf of Creditor Centric Bank sschiffman@ssbc-law.com  tupdike@ssbc-law.com |
| Thomas I Puleo | on behalf of Creditor JPMorgan Chase Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Debtor 1 | **Brian S. Weimer** | | Social Security number or ITIN   xxx–xx–0599 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 1:16–bk–00826–HWV | | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian S. Weimer

**By the court:**

_5/24/21_

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Case 1:16-bk-00826-HWV    Doc 94    Filed 05/26/21    Entered 05/27/21 00:31:04    Desc
Imaged Certificate of Notice    Page 6 of 6