UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

BRIAN S. WEIMER                                    Case No.: 1-16-00826-HWV
                                                   Chapter 13

Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:** **MORTGAGE INFORMATION**
Creditor Name:                  JPMORGAN CHASE BANK, NA
Court Claim Number:             05
Last Four of Loan Number:       3486/PRE ARREARS/304 LOPAX RD
Property Address if applicable: 304 LOPAX RD, , HARRISBURG, PA17112-4301

**PART 2:** **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages:                                              $691.30
b. Prepetition arrearages paid by the Trustee:                                  $691.03
c. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c):                                             $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:                     $0.00
e. Allowed postpetition arrearage:                                              $0.00
f. Postpetition arrearages paid by the Trustee:                                 $0.00
g. Total b, d, f:                                                               $691.03

**PART 3:** **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: June 2, 2021　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　s/ Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Drive
　　　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA  17036
　　　　　　　　　　　　　　　　　　　　　　　Phone:  (717) 566-6097
　　　　　　　　　　　　　　　　　　　　　　　Fax:  (717) 566-8313
　　　　　　　　　　　　　　　　　　　　　　　eMail:  info@pamd13trustee.com

Creditor Name: JPMORGAN CHASE BANK, NA
Court Claim Number: 05

```
CLM #   CHECK #    DATE        PRIN PAID    INT PAID    TOTAL DISB

5200    9003720    02/08/2017    $691.30     $0.00       $691.30
5200    0          01/30/2019    $-0.27      $0.00       $-0.27
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

BRIAN S. WEIMER                              Case No.: 1-16-00826-HWV
                                             Chapter 13

    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 2, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

KEITH B. DeARMOND, ESQUIRE          SERVED ELECTRONICALLY
2951 WHITEFORD ROAD
SUITE 101
YORK PA, 17402-7624


JP MORGAN CHASE                     SERVED BY 1ST CLASS MAIL
3415 VISION DR
ATT: DEPT OH-7133
COLUMBUS, OH, 43219


BRIAN S. WEIMER                     SERVED BY 1ST CLASS MAIL
304 LOPAX RD
HARRISBURG, PA 17112-4301


I certify under penalty of perjury that the foregoing is true and correct.

Date: June 2, 2021                  s/   Liz Joyce
                                    Jack N. Zaharopoulos
                                    Standing Chapter 13 Trustee
                                    Suite A, 8125 Adams Drive
                                    Hummelstown, PA 17036
                                    Phone: (717) 566-6097
                                    Fax: (717) 566-8313
                                    eMail: info@pamd13trustee.com